UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROSA OLVERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALL IN FEDERAL CREDIT UNION, RG ELECTRIC, INC.,<br><br>　　　　Defendants. | Case No. 2:24-cv-00187-RFB-EJY<br><br>**REPORT AND RECOMMENDATION** |

  Plaintiff, proceeding *pro se*, submitted an application to proceed *in forma pauperis* ("IFP") together with a Complaint. ECF Nos. 1, 1-2, 3. On April 16, 2024, the Court granted Plaintiff's IFP but dismissed the Complaint without prejudice with leave to amend. ECF No. 5. The Court gave Plaintiff through and including May 25, 2024 to file an amended complaint establishing personal jurisdiction over Defendants and sufficient facts tied to each specific Defendant's action demonstrating the elements of each cause of action. *Id.* at 4. The Court explained it would recommend dismissal without prejudice if Plaintiff failed to timely comply with the Court's Order. *Id.* As of the date of this Recommendation, Plaintiff has not complied with the Court's Order.

  Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

  Dated this 25th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**NOTICE**

  Under Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also

1  held that (1) failure to file objections within the specified time and (2) failure to properly address
2  and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal
3  factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir.
4  1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).